UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
    ROMAILIN GONZALEZ,

                              Plaintiff,

              -against-                       23-CV-1533 (VSB)

    POLOLO'S FRIED CHICKEN CORP and          **ORDER**
    GLADYS ARISTY,

                              Defendants.
------------------------------------------------------------X

<u>VERNON S. BRODERICK</u>, United States District Judge:

       It has been reported to the Court that the parties in this case have reached a settlement agreement. Accordingly, it is hereby:

       ORDERED that the above-captioned action is discontinued without costs to any party and without prejudice to restoring the action to this Court's docket if the application to restore the action is made within thirty (30) days.

SO ORDERED.

Dated: September 5, 2023
       New York, New York

                                                                   Vernon S. Broderick
                                                                   United States District Judge