UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x
ROMAILIN GONZALEZ, individually
and on behalf of others similarly situated,  **CASE NO.: 1:23-cv-01533 -VSB**

Plaintiff,

v.

POLOLO'S FRIED CHICKEN CORP.
d/b/a Johnny's Fried Chicken, a New York
corporation, and GLADYS ARISTY,
an individual,

Defendants.
------------------------------------------------------------x

WHEREAS, on or about September 26, 2023, Defendants, POLOLO'S FRIED CHICKEN CORP., and GLADYS ARISTY, extended to Plaintiff, ROMAILIN GONZALEZ, an Offer of Judgment pursuant to Fed. R. Civ. P. 68, in the amount of Eighteen Thousand Dollars and Zero Cents ($18,000.00); ROMAILIN GONZALEZ, accepted that offer, and filed the offer, and her acceptance thereof, with this Court;

NOW THEREFORE, pursuant to Fed. R. Civ. P. 68, it is hereby ADJUDGED and DECREED, that Plaintiff, ROMAILIN GONZALEZ, have judgment against Defendants, POLOLO'S FRIED CHICKEN CORP., and GLADYS ARISTY, jointly and severally, in the amount of Eighteen Thousand Dollars and Zero Cents ($18,000.00), inclusive of all legal fees, interest, and costs.

All pending motions are denied as moot, and the Clerk of Court is directed to administratively close this case.

DATED: October 3, 2023.

_____
HON. VERNON S. BRODERICK
U.S. DISTRICT COURT JUDGE